**RECEIVED**

MAY 2 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CHRISTIAN A. KALIVODA | * | CIVIL ACTION NO. 09-2178 |
| VERSUS | * | JUDGE DOHERTY |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ET ALS | * | MAGISTRATE JUDGE HILL |
| | * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

Lafayette, Louisiana this 20 day of May, 2010.

_____
JUDGE